UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. MCKUIN, | No. 2:19-cv-2153 DB |
| Petitioner, | |
| v. | ORDER |
| ROBERT NEUSCHMID, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Presently before the court is respondent's third motion for extension of time to file a response to the petition.  (ECF No. 16.)  Respondent states that additional time is necessary because counsel had been preparing to file a motion to dismiss in response to the petition.  However, because of a July 20, 2020 ruling from the California Supreme Court, counsel has determined that an answer is the appropriate response.  Good Cause appearing, the court will grant the motion.

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that respondent's motion for an extension of time (ECF No. 16) is granted. Respondent shall file and serve a response to the petition on or before September 15, 2020.

Dated: August 7, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Habeas/mcku2153.eot(3)