UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. MCKUIN, | No. 2:19-cv-2153 JAM DB P |
| Petitioner, | |
| v. | ORDER |
| ROBERT NEUSCHMID, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Presently before the court is petitioner's fifth request for an extension of time to file and serve a traverse. (ECF No. 33.) In support of his motion petitioner argues the court should grant the motion because COVID-19 restrictions at his facility prevent him from accessing the law library.

Petitioner initially requested a thirty-day extension of time to file a traverse on October 7, 2020. (ECF No. 20.) He has since sought and obtained three additional extensions of time. (ECF Nos. 22, 23, 24, 25, 26, 27.) After petitioner's fourth motion for an extension of time the court directed counsel for respondent to contact the Litigation Coordinator at California State Prison, Solano (CSP-SOL), where petitioner is housed, determine whether petitioner has access to legal research materials, and file a statement reflecting the findings of such an inquiry. (ECF No. 27.)

1        Respondent filed the response on March 2, 2021.  (ECF No. 31.)  Therein, respondent
2    stated that law library access at CSP-SOL has been limited to inmates who have priority legal use
3    ("PLU") inmates.  Inmates may request PLU status when they have an upcoming court date.
4    (ECF No. 31-2 at 1.)  Additionally, inmates who do not have PLU status may request legal
5    materials through the paging system.  (Id.)  Records reflect petitioner signed into the law library
6    on October 1, 2020, October 28, 2020, and December 2, 2020.  (ECF No. 31-7 at 1-3.)

7        The statements in respondent's filing indicate that petitioner can access legal materials
8    and could apply for PLU status.  In light of petitioner's pro se status the court will grant the
9    request.  However, absent extraordinary circumstances the court will not grant any further
10   extensions of time to file a traverse.

11       Good cause appearing, IT IS HEREBY ORDERED that:

12       1.  Petitioner's motion for an extension of time (ECF No. 33) is granted; and

13       2.  Petitioner shall file and serve a traverse on or before April 3, 2021.

14   Dated:  March 11, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/mcku2153.111(5)

2